■ HELEN ZIEZIULA, Appellant, v LOBLAWS, INC., et al., Respondents. (Appeal No. 2.) — Appeal unanimously dismissed as moot. See memorandum in *Zieziula v Loblaws, Inc.,* (Appeal No. 1) (91 AD2d 1198). (Appeal from order of Supreme Court, Erie County, Kasler, J. — serve amended complaint and increase *ad damnum*.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and Schnepp, JJ.